United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 15-10842-LMI
Eric D Readon                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1           User: catalan               Page 1 of 2             Date Rcvd: Jan 16, 2015
                               Form ID: CGFI3              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2015.
db            +Eric D Readon,    2125 NW 155 St,    Miami Gardens, FL 33054-2820
smg            Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallhassee, FL 32314-6668
92780397      +ARS,    1643 Harriison Pkwy #100,    Sunrise, FL 33323-2857
92780399      +Bank Of NY-Mellon,    400 Countrywide Way,    Simi Valley, CA 93065
92780398      +Bank of America Home Loans,    POB 5170,    Simivalley, CA 93062-5170
92780401      +Bay Cash Advance Inc,    9270 Vedra Pt Ln,    Boca Raton, FL 33496-6506
92780400      +Bay Cash Advance Inc,    C/O A Norman Drucker Esq,    801 NE 167 St #308,
                N Miami Beach, FL 33162-3729
92780402       Bloomingdales,    911 Duke Blvd,    Mason, OH   45040
92780403       Capital One,    POB 71083,    Charlotte, NC   28272-1083
92780404       Capital One,    POB 30281,    Salt Lake City, UT   84130-0281
92780405       Capital One,    POB 30285,    Salt Lake City, UT   84130-0285
92780406      +Carter Young Inc,    POB 82269,    Conyers, GA 30013-9433
92780407      +City Electric Supply Co,    6827 N Organ Blossom Trail #2,    Orlando, FL 32810-4171
92780408      +Delores Lakeview Educational Center,    C/O Max Goldfarb Esq,    19 W Flagler St #703,
                Miami, FL 33130-4409
92780409      +Delores Lakeview Educational Center,    1540 NW 111 St,    Miami, FL 33167-4034
92780410      +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
92780411       Florida Department Of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
92780412       HSBC Card Services,    POB 5222,    Carol Stream, IL   60197-5222
92780415      +JC Penney / Syncb,    POB 673,    Orlando, FL 32802-0673
92780416       Land Rover N Dade LLC,    POB 699024,    Miami, FL 33269-9024
92780417       Macys,    9111 Duke Blvd,    Mason, OH   45040-8999
92780421      #+Rossman & Co,    5500 New Albany Rd,    New Albany, OH 43054-8704
92780422       Target,    POB 673,    Minneapolis, MN   55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
92780414       E-mail/Text: cio.bncmail@irs.gov Jan 17 2015 00:58:25      IRS,    Insolvency Support Group,
                POB 7346,    Phildelphia, PA   19101-7346
92780413      +E-mail/Text: bk@innovateauto.com Jan 17 2015 01:00:16      Innovate Loan Servicing,
                6707 Brentwood Stair Rd #B100,    Ft Worth, TX 76112-3335
92780418       E-mail/Text: mdtcbkc@miamidade.gov Jan 17 2015 00:59:05      Miami Dade Tax Collector,
                Attn: Bankruptcy Unit,    140 W Flagler St. #1403,    Miami, FL 33130-1575
92780419      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2015 00:59:12      Midland Funding,
                8875 Aero Dr #200,    San Diego, CA 92123-2255
92780420      +E-mail/Text: legal@nalenders.com Jan 17 2015 01:00:23      National Auto Lenders,
                14645 NW 77 Ave,    Miami Lakes, FL 33014-2569
92780423      +E-mail/Text: ebn@unique-mgmt.com Jan 17 2015 01:00:22      Unique National Collection,
                119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2015                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2015 at the address(es) listed below:
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Peter D Spindel    on behalf of Debtor Eric D Readon peterspindel@gmail.com,
               peterspindelcmecf@gmail.com

```
District/off: 113C-1          User: catalan              Page 2 of 2              Date Rcvd: Jan 16, 2015
                              Form ID: CGFI3             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 3

CGFI3 (12/1/14)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–10842–LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Eric D Readon
2125 NW 155 St
Miami Gardens, FL 33054

SSN: xxx–xx–4801

# NOTICE OF FILING OF CHAPTER 13 CASE AND
# NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:** The above–named debtor filed a chapter 13 bankruptcy case on **January 15, 2015.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, a **Notice of Chapter 13 Case, Meeting of Creditors and Deadlines** will be issued by the clerk's office notifying creditors of the dates set for the meeting of creditors and confirmation hearing and establishing a deadline for filing a proof of claim. If you received this notice you may be a creditor in this case. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property and certain co–debtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**TO THE DEBTOR, Eric D Readon :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **January 15, 2015**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **Chapter 13 Plan** (Local Form LF–31) was not filed with the petition.
> **Deadline to correct deficiency: 1/29/15**
>
> **Schedules of assets and liabilities.** The following schedules were not filed.
> **Deadline to correct deficiency: 1/29/15**
>
>> Official Bankruptcy Form B6 Summary of Schedules and/or Part two Statistical Summary
>> Official Bankruptcy Form B6A Real Property
>>
>> Official Bankruptcy Form B6B Personal Property
>>
>> Official Bankruptcy Form B6C Property Claimed As Exempt
>>
>> Official Bankruptcy Form B6D Creditors Holding Secured Claims
>>
>> Official Bankruptcy Form B6E Creditors Holding Unsecured Priority Claims
>>
>> Official Bankruptcy Form B6F Creditors Holding Unsecured Nonpriority Claims
>>
>> Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases
>>
>> Official Bankruptcy Form B6H Codebtors Form
>>
>> Official Bankruptcy Form B6I Current Income of Individual Debtor(s)
>>
>> Official Bankruptcy Form B6J Current Expenditures of Individual Debtor(s)

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form B6 Declaration) was not filed or was not signed.
**Deadline to correct deficiency: 1/29/15**

- ☑ Declaration not filed
- ☐ Declaration not signed
- ☐ Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form B7) not filed or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 1/29/15**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period** (Official Bankruptcy Form 22C-1) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 1/29/15**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007-1(F). Payment advices are deficient as indicated: **Not Filed**
**Deadline to correct deficiency: 1/29/15**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF-04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007-2(B) and 1009-1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF-11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:  1/16/15**                                          **Clerk of Court**
                                                             By: Nilda Catala , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.